IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00472-AP

Juanita Loera,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>*Pro se* Plaintiff</u>:
Juanita Loera
3279 S. Dudley Ct.
Lakewood, CO 80227
720-394-8622

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**: 2/22/13

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**: 4/1/13

    **C.**    **Date Answer and Administrative Record Were Filed**: 5/31/13

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**: 7/30/13

    **B.**    **Defendant's Response Brief Due**: 8/29/13

    **C.**    **Plaintiff's Reply Brief (If Any) Due**: 9/13/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

  **A.**  **Plaintiff's Statement:** Plaintiff does not request oral argument.

  **B.**  **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*__Indicate below the parties' consent choice__.*

  **A.**  **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.**  **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of June, 2013.

             BY THE COURT:

             *s/John L. Kane*
             U.S. DISTRICT COURT JUDGE

APPROVED:

          John F. Walsh
          United States Attorney

s/  
3279 S. Dudley Ct.  
Lakewood, CO 80227  
720-394-8622  
*Pro se* Plaintiff

**By:** s/ *David I. Blower*  
Special Assistant U.S. Attorney  
1001 17th Street  
Denver, CO 80202  
303-844-1571  
303-844-0770 (facsimile)  
David.blower@ssa.gov  
Attorneys for Defendant