IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-472-AP

JUANITA LOERA

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## APPOINTMENT ORDER

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby appoints counsel drawn from the Civil Pro Bono Panel. The court instructs Pro Bono Counsel to evaluate the merits of plaintiff's claims and notify the court within 30 days whether or not the pro se party's claims merit pursuit.

The Court is satisfied that the following factors and considerations have been met:

    The interests of justice will be served by appointment of counsel, and the Court will benefit from the assistance of the appointed counsel.

    Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter. Briefing Deadlines and ruling on this court's Order to Show Cause are deferred pending such evaluation.

    Dated at Denver, Colorado this 4th day September, 2013.

                                              ***s/John L. Kane***
                                              U.S. DISTRICT JUDGE