IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-472-AP**

**JUANITA LOERA,**

Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismissal (doc. #22), filed November

22, 2013, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED**, the parties

to bear their own costs and attorneys fees.

Dated:  November 22, 2013

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT